AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DCC # 1

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 12-cv-00743-RCL |
| REPUBLIC OF THE CONGO et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  08/26/2015.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 05/16/2017

ANGELA D. CAESAR, CLERK OF COURT

*Michael Darby*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT, S.A., <br><br> *Plaintiff*, <br><br> v. <br><br> THE REPUBLIC OF THE CONGO AND CAISSE CONGOLAISE D'AMORTISSEMENT, <br><br> *Defendants*. | Civil Action No. <br> 1:12-CV-000743-RCL |

## [PROPOSED] ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT

In consideration of Plaintiff's Motion to Alter or Amend the Order and Judgment issued in this case on July 31, 2015, and the lack of opposition thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Alter or Amend the Order and Judgment is granted;

**ORDERED** that the Court's Order and Judgment (Dkt. No. 65) be altered or amended as follows, in order to reflect the amounts awarded for Plaintiff and against Defendants in U.S. Dollars as of the date of judgment:

| Category of Monetary Award | Amount Awarded | Exchange Rate | Amount in U.S. Dollars |
|---|---|---|---|
| Principal | €2,855,071 | $1.09743 | $3,133,240.57 |
| Principal | £18,903,708 | $1.56049 | $29,499,047.30 |
| Principal | $31,184,837 | $1.00 | $31,184,837 |
| Principal | CFA 1,731,267,415 | $0.00167 | $2,891,216.58 |
| Penalty interest | €7,163,027 | $1.09743 | $7,860,920.72 |
| Penalty interest | £34,312,232 | $1.56049 | $53,543,894.91 |
| Penalty interest | $56,408,208 | $1.00 | $56,408,208 |
| Penalty interest | CFA 2,899,457,582 | $0.00167 | $4,842,094.16 |
| Arbitration costs | $393,333 | $1.00 | $393,333 |
| Arbitration costs | €22,867 | $1.09743 | $25,094.93 |
| Total | | | $189,781,887.17 |

ORDERED that Plaintiff is entitled to U.S. $189,781,887.17 as of July 31, 2015, plus taxable costs arising out of these proceedings pursuant to Fed. R. Civ. P. 54(d)(1); and it is further

ORDERED that post-judgment interest shall be assessed in accordance with 28 U.S.C. § 1961.

Entered this 25th day of August, 2015.

_____
Royce C. Lamberth
U.S.D.J.

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 8-26-2015
ANGELA D. CAESAR, CLERK
By: Michael Darby 5/16/17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT, S.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF THE CONGO )<br>AND CAISSE CONGOLAISE )<br>D'AMORTISSEMENT, )<br>)<br>Defendants. )<br>_____) | Civil No. 12-743 (RCL) |

## ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this date, it is hereby

ORDERED that plaintiff's motion [ECF No. 37] for summary judgment is **GRANTED**; and it is further

ORDERED that defendants' motion [ECF No. 54] for substitution is **DENIED**; and it is further

ORDERED that judgment be entered for plaintiff and against defendants; and it is further

ORDERED that, pursuant to D.C. Code § 15-367, the Order issued in an action between these parties by the High Court of Justice, Queen's Bench Division, Commercial Court on July 10, 2009, as amended by the same court in the Order signed November 1, 2011, is recognized and enforceable in the same manner and to the same extent as a judgment rendered in the District of Columbia; specifically, plaintiff is entitled to:

(1) Principal amounts in Euros, Pounds Sterling, U.S. Dollars, and Communauté Financière Africaine Francs as follows: €2,855,071; £18,903,708; US$31,184,837; and CFA 1,731,267,415;

(2) "Penalty interest" amounts in Euros, Pounds Sterling, U.S. Dollars, and Communauté Financière Africaine Francs as follows: €7,163,027; £34,312,232; US$56,408,208; and CFA 2,899,457,582;

(3) Arbitration costs of US$393,333 and €22,867.

And it is further **ORDERED** that the portion of the July 10, 2009 Order granting costs in the English proceedings is excepted from the preceding paragraph, and therefore not recognized or enforceable, because it is not a judgment for recovery of a sum of money; and it is further

**ORDERED** that, as the prevailing party, plaintiff is entitled to taxable costs arising out of these proceedings pursuant to Fed. R. Civ. P. 54(d)(1). Plaintiff may seek costs in accordance with Local Civil Rule 54.1.

This is a final, appealable order. *See* Fed. R. App. P. 4(a)(1).

Signed by Royce C. Lamberth, United States District Judge, on July 30, 2015.

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 7-31-15
ANGELA D. CAESAR, CLERK
By: *Michael Darby*
4-28-17