```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
COMMISSIONS IMPORT EXPORT, S.A.,                :
                                                :   Civil Action No.: 17-mc-00175
                        Plaintiff,              :
                                                :   NOTICE OF INJUNCTION
        -against-                               :   AND RESTRAINT ON
                                                :   JUDGMENT
REPUBLIC OF THE CONGO AND                       :
CAISSE CONGOLAISE D'AMORTISSEMENT,              :
                                                :
                        Defendants.             :
------------------------------------------------------------------ x
```

**PLEASE TAKE NOTICE** that on December 11, 2024, the New York Supreme Court for the County of New York in *Missouri Partners Capital LLC v. Commissions Import-Export S.A. et al.* (Index No. 659487/2024) issued the order attached hereto as Exhibit A (the "Order"), which enters an injunction and restraint on the judgment in the above-captioned case.

The Order, among other things, temporarily restrains "all persons and entities having actual notice of this order by service or otherwise" from "taking any step toward, participating in, assisting, or effectuating the disposition, sale, transfer, encumbrance, removal, payment over, settlement, resolution, enforcement, prosecution, hindrance, impairment, compromise, or conveyance, in whole or in part," of "[a]ny rights, title and interest in and to, or the value of, that certain arbitral award Case No. 9899 issued by the International Chamber of Commerce (ICC) to [Commissions Import-Export S.A.] against the Republic of the Congo," and "[a]ny rights, title and interest in and to, or the value of, any judgment of any court enforcing or recognizing Arbitral Award No. 9899, including without limitation that certain judgment in *Commissions, Import Export, S.A. v. The Republic of Congo et al.*, 17-mc-00175 (S.D.N.Y.), entered May 16, 2017, registering judgment granted in No. 12-cv-743 (D.D.C.)." Order at 2–3.

**PLEASE TAKE FURTHER NOTICE** that Missouri Partners Capital LLC and Montreux Partners II, LP possess a lien on the judgment in the above-captioned case pursuant to a Pledge and Security Agreement dated September 12, 2024, a copy of which is attached hereto as Exhibit B.

Dated: New York, New York
December 14, 2024

HOLWELL SHUSTER & GOLDBERG LLP

By:   /s/ *Vincent Levy*

Vincent Levy
Kevin D. Benish
Daniel Fahrenthold
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151

*Attorneys for Missouri Partners Capital LLC*