# EXHIBIT A

FILED: NEW YORK COUNTY CLERK 12/09/2024 03:11 PM
NYSCEF DOC. NO. 10
INDEX NO. 659487/2024
RECEIVED NYSCEF: 12/09/2024

At I.A.S. Part **49** of the Supreme Court of the State of New York, held in and for the County of New York, at the County Courthouse thereof, located at 60 Centre Street, New York, New York 10007, on the **11** day of **December, 2024**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

--------------------------------------------------------------- x

MISSOURI PARTNERS CAPITAL LLC,

                    Plaintiff,

          -against-

COMMISSIONS IMPORT-EXPORT S.A.; and
DOVE AVIATION LIMITED,

                    Defendants.

--------------------------------------------------------------- x

Index No. 659487/2024

Motion Seq. No. 001

## [PROPOSED] ORDER TO SHOW CAUSE, FOR PREJUDGMENT ATTACHMENT, AND TEMPORARY RESTRAINING ORDER

Upon reading the filing by Plaintiff Missouri Partners Capital LLC ("Plaintiff") of the Affirmation of Vincent Levy dated December 9, 2024, the Affirmation of Michael Straus dated December 9, 2024, together with the exhibits attached thereto, and the Memorandum of Law in Support of Plaintiff's Application for Prejudgment Attachment, Temporary Restraining Order, and Preliminary Injunction dated December 9, 2024, and upon all the pleadings and proceedings heretofore had herein, and sufficient cause being alleged; and

**WHEREAS** Plaintiff has shown that it will suffer immediate and irreparable injury in the event that Defendants are able to sell, transfer, convey, impair or otherwise dissipate the collateral identified in the Security Agreement attached as Exhibit B to the Affirmation of Tyler B. Korn in support of Missouri's motion for summary judgment in lieu of complaint (the "Collateral"), and/or

FILED: NEW YORK COUNTY CLERK 12/09/2024 03:11 PM
NYSCEF DOC. NO. 10
RECEIVED NYSCEF: 12/09/2024

Arbitral Award No. 16257 and any judgments relating to the same (the "Further ICC Award"); it is hereby

**ORDERED** that Defendants shall show cause before this Court, in Room **252**, 60 Centre Street, New York, New York 10007, on ~~_____, 2024,~~ **January 22, 2025** at ~~_____ a.m./p.m., or as soon thereafter as counsel may be heard,~~ **by submission only** why an order should not be issued: (i) attaching the Collateral and the Further ICC Award; and (ii) preliminarily enjoining during the pendency of this action Defendants and any other person or entity having actual notice of this order by service or otherwise from disposing of, selling, transferring, encumbering, removing, paying over, or conveying the Collateral and/or the Further ICC Award, or any form of interest therein, or otherwise participating or assisting in the foregoing; and it is further

**ORDERED** that, pending the foregoing hearing, a Temporary Restraining Order, pursuant to CPLR 6313, is entered; and further

**ORDERED** that, until further order of the court, Defendants and all persons and entities having actual notice of this order by service or otherwise are enjoined from taking any step toward, participating in, assisting, or effectuating the disposition, sale, transfer, encumbrance, removal, payment over, settlement, resolution, enforcement, prosecution, hindrance, impairment, compromise, or conveyance, in whole or in part, of any of the following or any form of interest therein:

**Granted**

*JSC* (signature)

- Any rights, title and interest in and to, or the value of, that certain arbitral award in Case No. 9899 issued by the International Chamber of Commerce (ICC) to CMPX against the Republic of the Congo;

- Any rights, title and interest in and to, or the value of, any judgment of any court enforcing or recognizing Arbitral Award No. 9899, including without limitation

FILED: NEW YORK COUNTY CLERK 12/13/2024 02:53 PM
INDEX NO. 659487/2024
NYSCEF DOC. NO. 14
RECEIVED NYSCEF: 12/13/2024

Case 1:17-mc-00175-P1   Document 7-1   Filed 12/14/24   Page 4 of 5

FILED: NEW YORK COUNTY CLERK 12/09/2024 03:11 PM
INDEX NO. 659487/2024
NYSCEF DOC. NO. 10
RECEIVED NYSCEF: 12/09/2024

that certain judgment in *Commissions, Import Export, S.A. v. The. Republic of Congo et al*, 17-mc-00175 (S.D.N.Y.), entered May 26, 2017, registering judgment granted in No. 12-cv-743 (D.D.C.);

- Any rights, title, and interest in and to, or the value of, that certain arbitral award in Case No. 16257, issued by the International Chamber of Commerce (ICC) against the Republic of the Congo;

- Any rights, title and interest in and to, or the value of, any judgment of any court enforcing or recognizing Arbitral Award No. 16257, including without limitation those certain judgments in *Commissions Import Export S.A. v. Republic of the Congo*, Case No. 13-cv-00713-RJL (D.D.C.), *Commissions Import Export S.A. v. Republic of the Congo*, Case No. 14-mc-00187-AJN (S.D.N.Y.);

- Any rights, title and interest in and to, or the value of, any claims or other proceedings pending in any jurisdiction, whether reduced to judgment yet or not, arising out of or relating to any form of enforcement of any of the foregoing; and

- Any proceeds of the foregoing; and it is further

**ORDERED** that nothing in this order (including the injunction) shall limit or otherwise affect Plaintiff's ability to enforce rights and exercise remedies as a secured party under agreements signed in connection with the Note; and it is further

**ORDERED** that, in the exercise of the Court's discretion pursuant to CPLR 6313(c), Plaintiff is not required to give an undertaking prior to the granting of a temporary restraining order pending the hearing on this order to show cause; and it is further

**ORDERED** that Holwell, Shuster & Goldberg LLP, Plaintiff's attorneys, shall serve a copy of this Order to show Cause, together with a copy of the papers upon which it is based, on or

3

FILED: NEW YORK COUNTY CLERK 12/13/2024 02:03 PM
INDEX NO. 659487/2024
NYSCEF DOC. NO. 19
Case 1:17-mc-00175-P1    Document 7-1    Filed 12/14/24    Page 5 of 5
RECEIVED NYSCEF: 12/13/2024

FILED: NEW YORK COUNTY CLERK 12/09/2024 03:11 PM
INDEX NO. 659487/2024
NYSCEF DOC. NO. 10
RECEIVED NYSCEF: 12/09/2024

before **December 13**, 2024, upon (a) Commissions Import-Export S.A. via email to Mohsen Hajaij at the address hojmalik@yahoo.fr; and (b) Dove Aviation Limited via email to Rida Hajaij at the address ridahojeij@hotmail.com; **and (c) Francis Vasquez at frank@favasquez.com** and it is further

ORDERED that opposing papers, if any, to this motion shall be served via email to vlevy@hsgllp.com and be received on or before **January 6, 2025** ~~, 2024,~~ and reply papers, if any shall be filed and served in the manner set forth above so as to be received on or before **January 13, 2025** ~~, 2024.~~

**All dates subject to change pending defendants' engagement of new counsel.**

Dated: New York, New York
December **11**, 2024

SO ORDERED

_____
J.S.C.

MARGARET A. CHAN
J.S.C.